CVB SCAN 07/16/2014:15:33:15

**United States District Court**
**Violation Notice**

M2

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| F4301813 | Polanski | 1377 |

F 4301813

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged |
|---|---|
| 6/29/14 2:30PM | 261.17 |

Place of Offense: Lake Como Recreation Area

Offense Description: Failure to display a valid Recreation Pass Thus violating 36 CFR 261.17

**DEFENDANT INFORMAT**[redacted]

| Last Name | First Name | M.I. |
|---|---|---|
| Fitzpatrick | James | |

[redacted]

| Tag No. | State | Year | Make | Type | Color |
|---|---|---|---|---|---|
| 13-35149 | MT | 96 | Honda | Accord | Green |

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

$ 25 Forfeiture Amount
+ $25 Processing Fee

PAY THIS AMOUNT → $ 50 Total Collateral Due

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| | Time (hh:mm) |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature ____________________

Previous edition is obsolete    Original - CVB Copy    FS-5300-4 (8/07)

**STATEMENT OF PROBABLE CAUSE**
(For issuance of an arrest warrant or summons)

I state that on ______________, 20____ while exercising my duties as a law enforcement officer in the ______________ District of ______________

See Attached

The foregoing statement is based upon:

☐ my personal observation ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: ______________ Donald W Polanski
Date (mm/dd/yyyy) Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: ______________
Date (mm/dd/yyyy) U.S. Magistrate Judge

07/18/2014

RE: VIOLATION NOTICE: F4301813 AGAINST: James Fitzpatrick
CVB Location Code M2

**STATEMENT OF PROBABLE CAUSE**
(for issuance of an arrest warrant or summons)

I state that on June 29, 2014, at 2:30 PM, while exercising my duties as a Law Enforcement Officer at Lake Como, on the Darby Ranger District, in the Bitterroot National Forest, in the Judicial District of Montana,

I observed a green Honda Accord with Montana license plate 13-35149 parked at the Lake Como Recreation area without displaying a valid recreation pass. A recreation pass is required for parking at all locations at Lake Como. There are 7 fee stations located through out Lake Como Recreation Area posting the fee requirement. There are also four "Recreation Pass required" signs posted as you enter the Recreation Area. A registration check on license plate 13-35149 returned to James Fitzpatrick of Hamilton, Montana. By not displaying a valid recreation pass James Fitzpatrick is in violation of 36 CFR 261.17.

The foregoing statement is based upon:

(x) my personal observation
(x) my personal investigation
( ) information supplied to me from fellow officer's observation
( ) other (explain above)

I declare under penalty of perjury that the information, which I have set forth above and on the face of the violation notice, is true and correct to the best of my knowledge.

Executed this 7th day of July 2014.

______________________ Donald W. Polanski
Signature Print Name and Title

Probable cause has been stated for the issuance of a warrant or for the arrest of the violator named or identified herein.

______________________ ______________________
(Date) United States Magistrate