**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**MISSOULA DIVISION**

UNITED STATES OF AMERICA,

Plaintiff,

vs.

JAMES FITZPATRICK,

Defendant.

**PO-14-5026-M-JCL**
CVB Violation No:
F4301813

ORDER DISMISSING

The government moved to dismiss the above referenced violation notice with prejudice in open court on September 4, 2014. Accordingly,

**IT IS ORDERED** that violation notice F4301813 is **DISMISSED**.

The Clerk of Court is directed to forward a copy of this order to the U.S. Attorney's Office, the Defendant at [redacted], and to the Central Violations Bureau at P.O. Box 780549, San Antonio, Texas 78278-0549. CVB is directed to enter **NC** as the disposition code in this matter.

DONE and DATED this 26th day of September, 2014.

Jeremiah C Lynch
United States Magistrate Judge

c: USA
Def
CVB